JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LEE JOHNSON, | Case No. 5:18-cv-02486 PA (SHK) |
| Petitioner, | |
| v. | JUDGMENT |
| UNKNOWN, | |
| Respondent. | |

Pursuant to the Order Presented By The United States Magistrate,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice and the certificate of appealability is DENIED.

Dated: January 10, 2019

PERCY ANDERSON
United States District Judge